# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2623
_____

TIMOTHY KEITH,

    Appellant,

    v.

DONNIE EDENFIELD, in his
official capacity as Sheriff of
Jackson County, Florida, SCOTT
EDWARDS, individually, CHEREE
EDWARDS, individually, and
MIKAYLA EDWARDS,
individually,

    Appellees.

_____

On appeal from the Circuit Court for Jackson County.
Devin D. Collier, Judge.

February 10, 2026


PER CURIAM.

    AFFIRMED.

ROWE, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Robert W. Evans of Allen, Norton & Blue, P.A., Tallahassee, for Appellees.